UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MANUEL ARMANDO TENEZACA PUCHA,<br>*Petitioner,*<br>v.<br>KENNETH GENALO, ET AL,<br>*Respondents.* | Civil Action No. 25-cv-6905<br><br>SUPPLEMENTAL DECLARATION OF SUPERVISORY DETENTION OFFICER TONY PETITO |

Pursuant to 28 U.S.C. § 1746, I, Tony Petito, declare under penalty of perjury that the following is true and correct:

1. I am a Supervisory Detention and Deportation Officer ("SDDO") at U.S. Immigration and Customs Enforcement ("ICE") within the U.S. Department of Homeland Security ("DHS"). I have served in this capacity since April 28, 2019. As a SDDO, I supervise Deportation Officers at the Enforcement and Removal Operations ("ERO") Long Island Sub-Office. I have access to the DHS administrative files for Petitioner Manuel Armando Tenezaca Pucha ("Petitioner") who is assigned Alien Number A220 445 989.

2. I am submitting this supplemental declaration in connection with the Petition for a Writ of Habeas Corpus filed by Petitioner. The following representations are based on a review of Petitioner's administrative file, consultation with my colleagues and a review of ICE electronic records and databases.

3. On December 16, 2025, I signed and submitted a declaration in this case. At the time, I stated that I did not have access to the Petitioner's full administrative file.

4. Based on my review of documents in EARM, an ICE database, at that time, I stated that Petitioner was arrested pursuant to a Form I-200, Warrant for Arrest. At the time, I believed there was only one warrant signed, which was signed by SDDO Langlois on December 10, 2025, and submitted to this court.

5. Since then, it has come to my knowledge that another warrant was signed by SDDO Diaz on that same day for this Petitioner. Attached as Exhibit A is a true and accurate copy of the I-200 signed by SDDO Diaz.

6. At the time I signed my previous declaration, I did not have knowledge of this warrant.

Executed at New York, New York

August 14, 2026.

TONY PETITO Digitally signed by TONY PETITO
Date: 2026.08.14 15:50:37 -04'00'

Tony Petito
Supervisory Detention and Deportation Officer
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security

**U.S. DEPARTMENT OF HOMELAND SECURITY** **Warrant for Arrest of Alien**

File No. 220 445 989

Date: 12/10/2025

**To: Any immigration officer authorized pursuant to sections 236 and 287 of the Immigration and Nationality Act and part 287 of title 8, Code of Federal Regulations, to serve warrants of arrest for immigration violations**

I have determined that there is probable cause to believe that TENEZACA-PUCHA, MANUEL is removable from the United States. This determination is based upon:

☒ the execution of a charging document to initiate removal proceedings against the subject;

☐ the pendency of ongoing removal proceedings against the subject;

☐ the failure to establish admissibility subsequent to deferred inspection;

☒ biometric confirmation of the subject's identity and a records check of federal databases that affirmatively indicate, by themselves or in addition to other reliable information, that the subject either lacks immigration status or notwithstanding such status is removable under U.S. immigration law; and/or

☐ statements made voluntarily by the subject to an immigration officer and/or other reliable evidence that affirmatively indicate the subject either lacks immigration status or notwithstanding such status is removable under U.S. immigration law.

**YOU ARE COMMANDED** to arrest and take into custody for removal proceedings under the Immigration and Nationality Act, the above-named alien.

(Signature of Authorized Immigration Officer)

J 7700 DIAZ - SDDO
(Printed Name and Title of Authorized Immigration Officer)

**Certificate of Service**

I hereby certify that the Warrant for Arrest of Alien was served by me at Central Islip, NY (Location)

*on* TENEZACA-PUCHA, MANUEL (Name of Alien) *on* December 10, 2025 (Date of Service), *and the contents of this* notice were read to him or her in the SPANISH (Language) language.

A 8467 SYED
Deportation Officer
Name and Signature of Officer

Name or Number of Interpreter (if applicable)

Form I-200 (Rev. 09/16)